1  LUPE MARTINEZ CSB 49620
   Attorney at Law
2  95 South Market Street, 3rd Floor
   San Jose, California 95113
3  Telephone: (408) 995-3296
   FAX: (408) 531-9811
4

**FILED**

JUN 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5

6                IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   No. 05-00267-RS
                                    )
10                   Plaintiff,     )   STIPULATION TO CONTINUE
                                    )   STATUS CONFERENCE; [PROPOSED]
11  vs.                            )   ORDER
                                    )
12  ARTHUR A. BERNARDO             )
                                    )
13                   Defendant.     )
   _____)

14

15        Defendant and the government through their respective counsel, attorney Lupe

16  Martinez and Assistant United States Attorney Susan Knight, hereby stipulate that,

17  subject to the Court's approval, the status conference set for June 23, 2005 be continued

18  to July 27, 2005 at 11:00 a.m. to permit sufficient time for the government to obtain,

19  review and provide additional discovery requested by defendant.

20        It is further stipulated that the time between June 23, 2005 and July 27, 2005 be

21  excluded under 18 U.S.C. 3161(h)(8)(A) and 3161(h)(8)(B)(iv) of the Speedy Trial Act.

22  The ends of justice are served by the continuance and outweigh the best interest of the

23  public and the defendant in a speedy trial because the additional discovery is needed by

24  defense counsel for effective preparation taking into account due diligence.

25

26

Stipulation to Continue Status Conference; Order          1

Dated: June 22, 2005

_____
LUPE MARTINEZ
Attorney for Arthur Bernardo

Dated: June 22, 2005

_____
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the status conference set for June 23, 2005 is hereby continued to July 27, 2005 at 11:00 a.m.

IT IS FURTHER ORDERED that the time period between June 23, 2005 and July 27, 2005 is excluded under 18 U.S.C. 3161(h)(8)(A) and 3161(h)(8)(B)(iv) of the Speedy Trial Act. The Court finds that the continuance is necessary for effective preparation of counsel taking into account due diligence. The Court further finds that the ends of justice are served by granting the requested continuance which outweigh the best interest of the public and the defendant in a speedy trial and in the prompt resolution of criminal cases.

IT IS SO ORDERED.

Dated: June 24, 2005

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge