PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | **RE:** | ARTHUR A. BERNARDO |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-0267 RS |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Hien T. Nguyen | 408-535-5027 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

FILED
JUN 27 2005
CLERK
NORTHER[N]

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[initialed] Modification(s)

  A. *The defendant shall not possess any firearm, destructive device, or other dangerous weapon; and*

  B. *The defendant shall participate in mental health counseling as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

[initialed] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_[signature]_ Patricia V. Trumbull          June 24, 2005
**JUDICIAL OFFICER**                        **DATE**

Cover Sheet (12/03/02)