1 LUPE MARTINEZ CSB 49620
Attorney at Law
2 95 South Market Street, 3rd Floor
San Jose, California 95113
Telephone: (408) 995-3296
3 FAX: (408) 531-9811
martinez-luna@sbcglobal.net

FILED

OCT - 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-00267-RS |
| Plaintiff, | STIPULATION TO EXONERATE BAIL; |
| vs. | [PROPOSED] ORDER |
| ARTHUR A. BERNARDO | |
| Defendant. | |

Defendant Arthur A. Bernardo and the government through their respective counsel, attorney Lupe Martinez and Assistant United States Attorney Susan Knight, hereby stipulate as follows:

1. Mr. Bernardo has been accepted by the Pretrial Services Agency for participation in the Pretrial Diversion Program for one year commencing September 8, 2005.

2. The personal recognizance bond set May 19, 2005 and modified June 27, 2005 should be exonerated. Pretrial Diversion conditions will provide appropriate supervision during the diversion period.

September 27, 2005

LUPE MARTINEZ
Attorney for Arthur Bernardo

Dated: September 28, 2005

SUSAN KNIGHT
Assistant United States Attorney

Stipulation to Exonerate Bond; Proposed Order        1

1

## ORDER

2

GOOD CAUSE APPEARING,

3

IT IS ORDERED that bond previously set in the above-entitled case is hereby

4

exonerated.

5

6   Dated: ~~September~~ October 3, 2005

7   _____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to Exonerate Bond; Proposed Order        2