1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 05-00267 RS
                                     )
15        Plaintiff,                 )
                                     )   NOTICE OF DISMISSAL
16     v.                            )
                                     )
17  ARTHUR A. BERNARDO,              )
                                     )   SAN JOSE VENUE
18        Defendant.                 )
                                     )
19  _____  )

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California dismisses the above information

22  with prejudice. The defendant has successfully completed a pretrial diversion program.

23  DATED: 9/25/06                        Respectfully submitted,

24                                        KEVIN V. RYAN
                                          United States Attorney
25

26
                                          _____
27                                        DAVID R. CALLAWAY
                                          Deputy Chief, San Jose Branch Office
28
    NOTICE OF DISMISSAL

1  Leave of Court is granted to the government to dismiss the above-captioned information.

2

3  Date: 10/2/06

4  RICHARD SEEBORG
   United States Magistrate Judge

NOTICE OF DISMISSAL                    2